Clemente Franco, Esq. - State Bar No. 194742
LAW OFFICES OF CLEMENTE FRANCO, APC
1295 W. Sunset Blvd.
Los Angeles, CA 90026
Telephone: (213) 213.2500
Facsimile:  (213) 213.2501

Attorneys for Plaintiffs/Creditors
GABRIELA CASTANON,  ALEJANDRO ROMERO,
LEONOR CARRILLO, ADAN CARRILLO

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| IRMA ACEVEDO FERNANDEZ<br><br>Debtor.<br>_____<br>GABRIELA CASTANON,  ALEJANDRO ROMERO,  LEONOR CARRILLO, ADAN CARRILLO<br><br>Plaintiffs,<br><br>v.<br><br>IRMA ACEVEDO FERNANDEZ a.k.a IRMA A. FERNANDEZ<br><br>Defendant | Chapter 7<br><br>Case No.  2:22-bk-15889-DS<br><br>Adversary Proced. No. 2:23-ap-01075-DS<br><br>**PROOF OF SERVICE OF SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING, COMPLAINT AND NOTICE REQUIREMENT TO COMPLY WITH FRBP 7026**<br><br>Status Conference:<br>Date:      April 13, 2023<br>Time:      11:30 a.m.<br>Judge:     Hon. Deborah J. Saltzman<br>Location: 255 E. Temple St., Courtrm 1639<br>              Los Angeles, CA 90012 |

**TO THE CLERK AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

In accordance with Local Bankruptcy Rule 7026-1, Rule 7004(e) of the Federal Rules of Bankruptcy Procedure, and the Order Setting Initial Status Conference in Adversary Proceeding issued by the United States Bankruptcy Court, Central District of California, Los Angeles

-1-

PROOF OF SERVICE OF SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING, COMPLAINT AND  NOTICE REQUIREMENT TO COMPLY WITH FRBP 7026

1  Division, attached hereto as Exhibit "1" is a true and correct copy of the Summons and Notice of

2  Status Conference in Adversary Proceeding served on Defendant and proof of service of the

3  Summons and Notice of Status Conference in Adversary Proceeding and Complaint and

4  Notice of Required Compliance with Local Bankruptcy Rule 7026-1 upon debtor/defendant

5  IRMA ACEVEDO FERNANDEZ and her Mr. Gregory M. Shanfeld which was served on

6  February 14, 2023, via U.S. First Class Mail.

                                                LAW OFFICES OF CLEMENTE FRANCO, APC

Date:   February 17, 2023                       By:_____
                                                    CLEMENTE FRANCO
                                                    Attorney for Creditors/Plaintiffs

-2-

PROOF OF SERVICE OF SUMMONS AND NOTICE OF STATUS CONFERENCE IN
ADVERSARY PROCEEDING, COMPLAINT AND NOTICE REQUIREMENT TO
COMPLY WITH FRBP 7026

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 1

-3-

PROOF OF SERVICE OF SUMMONS AND NOTICE OF STATUS CONFERENCE IN
ADVERSARY PROCEEDING, COMPLAINT AND NOTICE REQUIREMENT TO
COMPLY WITH FRBP 7026

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Clemente Franco<br>Law Offices of Clemente Franco APC<br>1295 W Sunset Blvd<br>Los Angeles, CA 90026<br><br>213–213–2500<br><br><br><br><br><br><br><br><br><br><br>*Plaintiff or Attorney for Plaintiff* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES**

| In re:<br><br>Irma Acevedo Fernandez<br><br><br><br><br>Debtor(s). | CASE NO.: 2:22–bk–15889–DS<br><br>CHAPTER: 7<br><br><br>ADVERSARY NUMBER: 2:23–ap–01075–DS |
|---|---|
| Gabriela Castanon<br><br>**(See Attachment A for names of additional plaintiffs)**<br>Plaintiff(s)<br>Versus<br>Irma Acevedo Fernandez<br><br>**(See Attachment A for names of additional defendants)**<br>Defendant(s) | **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004–1]** |

TO THE DEFENDANT(S): A Complaint has been filed by the Plaintiff against you. If you wish to defend against the Complaint, you must file with the court a written pleading in response to the Complaint. You must also serve a copy of your written response on the party shown in the upper left–hand corner of this page. The deadline to file and serve a written response is **03/09/2023.** If you do not timely file and serve the response, the court may enter a judgment by default against you for the relief demanded in the Complaint.

A status conference in the adversary proceeding commenced by the Complaint has been set for:
  **Date:** April 13, 2023
  **Time:** 11:30 AM
  **Hearing Judge:** Deborah J. Saltzman
  **Location:** 255 E Temple St., Crtrm 1639, Los Angeles, CA 90012

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*        Page 1        **F 7004–1.SUMMONS.ADV.PROC**

**You must comply with LBR 7016–1, which requires you to file a joint status report and to appear at a status conference.** All parties must read and comply with the rule, even if you are representing yourself. You must cooperate with the other parties in the case and file a joint status report with the court and serve it on the appropriate parties at least 14 days before a status conference. A court–approved joint status report form is available on the court's website (LBR form F 7016–1.STATUS.REPORT) with an attachment for additional parties if necessary (LBR form F 7016–1.STATUS.REPORT.ATTACH). If the other parties do not cooperate in filing a joint status report, you still must file with the court a unilateral status report and the accompanying required declaration instead of a joint status report 7 days before the status conference. **The court may fine you or impose other sanctions if you do not file a status report. The court may also fine you or impose other sanctions if you fail to appear at a status conference.**

                            **KATHLEEN J. CAMPBELL**
                            **CLERK OF COURT**

Date of Issuance of Summons and Notice of Status Conference in Adversary Proceeding: <u>February 7, 2023</u>

                            By: <u>"s/" Mary Bakchellian</u>

                                  Deputy Clerk



This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                       Page 2                     **F 7004–1.SUMMONS.ADV.PROC**

# ATTACHMENT A
Names of plaintiffs and defendants

| Plaintiff(s): | Defendant(s): |
|---|---|
| Gabriela Castanon<br>Alejandro Romero<br>Leonor Carrillo<br>Adan Carrillo | Irma Acevedo Fernandez<br>Irma A. Fernandez |

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**ATTACHMENT A**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1295 W. Sunset Blvd, Los Angeles, CA 90026

A true and correct copy of the foregoing document entitled: **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004–1]** and (2) the accompanying pleading(s) entitled:
1. Complaint  2. Adversary Proceeding Status Conference Procedures - Judge Deborah Saltzman
3. Notice of Requirement to Comply with FRBP 7026

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005–2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 2/13/23, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

1. Elissa Miller (Trustee) MillerTrustee@gmlaw.com
2. United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) 2/14/23, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Irma Acevedo Fernandez
4710 S. Figueroa Street
Los Angeles, CA 90037

Mr. Gregory M. Shanfeld
Wadhwani & Shanfeld
15233 Ventura Blvd, Suite 1000
Sherman Oaks, CA 91403

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 2/14/23 | Clemente Franco | *[signature]* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016

**F 7004–1.SUMMONS.ADV.PROC**