FILED & ENTERED

MAR 20 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Jakchell    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No.: 2:22-15889-DS |
| Irma Acevedo Fernandez, | Adv. No.: 2:23-ap-01075-DS |
| Debtors | |
| Gabriela Castanon, Alejandro Romero, Leonor Carrillo, Adan Carrillo | Chapter: 7 |
| | **ORDER AND NOTICE OF** |
| | **RESCHEDULED HEARING** |
| Plaintiff, | **OLD DATE:** |
| vs. | Date: 4-13-2023 |
| Irma Acevedo Fernandez a.k.a. Irma A. Fernandez, | Time: 11:30 a.m. |
| | Courtroom: 1639, 16th fl. |
| | **NEW DATE:** |
| | Date:  4-20-2023 |
| | Time:  11:30 a.m. |
| Defendants | Courtroom: 1639, 16th fl. (via ZoomGov) |

**TO ALL INTERESTED PARTIES:**

NOTICE IS HEREBY GIVEN that the Status Conference on the above titled

Adversary Complaint, scheduled for **4-13-2023 at 11:30 a.m.** before the Honorable

Deborah J. Saltzman, Courtroom 1639, of the United States Bankruptcy Court, 255 E.

Temple Street, Los Angeles, California 90012,

**is hereby rescheduled** by the court to: **4-20-23 at 11:30 a.m.** in Courtroom 1639, 16th floor of the United States Bankruptcy Court, 255 E. Temple Street, Los Angeles, California 90012.  Due to the COVID-19 public health emergency, the courtroom will be closed to the public and the hearing will be held via ZoomGov, which provides both audio and video access. All parties and members of the public may connect to the hearing free of charge. ZoomGov connection information for this hearing will be posted on the Court's public calendar for Judge Saltzman, accessible on the court's website: http://ecf-ciao.cacb.uscourts.gov/CiaoPosted/default.aspx.

**Video/audio web address: https://cacb.zoomgov.com/j/1615847792**

**ZoomGov meeting number: 161 584 7792**

**Password:   279079**

**Telephone conference lines:    1 (669) 254 5252 or 1 (646) 828 7666**

###

Date: March 20, 2023

_____

Deborah J. Saltzman
United States Bankruptcy Judge