Clemente Franco, Esq. - State Bar No. 194742
LAW OFFICES OF CLEMENTE FRANCO, APC
1295 W. Sunset Blvd.
Los Angeles, CA 90026
Telephone: (213) 213.2500
Facsimile:  (213) 213.2501

Attorneys for Plaintiffs/Creditors
GABRIELA CASTANON, ALEJANDRO ROMERO,
LEONOR CARRILLO, ADAN CARRILLO

**FILED & ENTERED**

**JUN 09 2023**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell  DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>IRMA ACEVEDO FERNANDEZ,<br><br>                Debtor.<br><br>GABRIELA CASTANON, ALEJANDRO ROMERO, LEONOR CARRILLO, AND ADAN CARRILLO,<br><br>                Plaintiffs,<br><br>v.<br><br>IRMA ACEVEDO FERNANDEZ,<br><br>                Defendant. | Lead Case No. 2:22-bk-15889-DS<br><br>Chapter 7<br><br>Adv. No. 2:23-ap-01075-DS<br><br>**ORDER DENYING MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Hearing:<br>Date:  June 1, 2023<br>Time:  11:30 a.m.<br>Place: Courtroom 1639<br>       255 E. Temple St.<br>       Los Angeles, CA 90012<br>       (via ZoomGov) |

    A hearing was held at the above time and place on the "Motion to Dismiss First Amended Complaint" (the "Motion," Docket No. 12) filed by Irma Acevedo Fernandez (the "Defendant"). Appearances were noted on the record.

After considering the Motion and related pleadings, arguments and statements made by counsel at the hearing, and the record in this case, for the reasons stated on the record at the hearing,

IT IS HEREBY ORDERED as follows:

1. The Motion is denied.

2. The Defendant shall have 30 days, after entry of this order, to file an answer to the amended complaint (Docket No. 9).

3. A status conference for the above-referenced adversary proceeding is scheduled for August 17, 2023, at 11:30 a.m. Parties do not need to file a joint status report.

###

Date: June 9, 2023

Deborah J. Saltzman
United States Bankruptcy Judge