United States Bankruptcy Court

Central District of California

Castanon,
    Plaintiff

Acevedo Fernandez,
    Defendant

Adv. Proc. No. 23-01075-DS

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 17, 2023 | Form ID: pdf031 | Total Noticed: 5 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Adan Carrillo, c/o Law Offices of Clemente Franco, 1295 W. Sunset Blvd, Los Angeles, CA 90026-4422 |
| pla | + | Alejandro Romero, c/o Law Offices of Clemente Franco, 1295 W. Sunset Blvd, Los Angeles, CA 90026-4422 |
| pla | + | Gabriela Castanon, c/o Law Offices of Clemente Franco, 1295 W. Sunset Blvd, Los Angeles, CA 90026-4422 |
| dft | + | Irma Acevedo Fernandez, 4710 S. Figueroa Street, Los Angeles, CA 90037-3136 |
| pla | + | Leonor Carrillo, c/o Law Offices of Clemente Franco, 1295 W. Sunset Blvd, Los Angeles, CA 90026-4422 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Evan Livingstone |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 19, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Clemente Franco | on behalf of Plaintiff Alejandro Romero cfranco@cfrancolaw.com |
| Clemente Franco | on behalf of Plaintiff Adan Carrillo cfranco@cfrancolaw.com |

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 17, 2023 | Form ID: pdf031 | Total Noticed: 5 |

Clemente Franco
    on behalf of Plaintiff Gabriela Castanon cfranco@cfrancolaw.com

Clemente Franco
    on behalf of Plaintiff Leonor Carrillo cfranco@cfrancolaw.com

Elissa Miller (TR)
    CA71@ecfcbis.com
    MillerTrustee@gmlaw.com;C124@ecfcbis.com;cheryl.caldwell@gmlaw.com;cheryl.caldwell@ecf.courtdrive.com

United States Trustee (LA)
    ustpregion16.la.ecf@usdoj.gov

TOTAL: 6

AMIEL L. WADE (SBN 184312)
EVAN LIVINGSTONE (SBN 252008)
WADE LAW GROUP
A Professional Corporation
262 E. Main Street
Los Gatos, CA 95030
Telephone: (408) 884-4018
Facsimile:  (408) 852-0614
Email: elivingstone@wadelitigation.com

Attorneys for Debtor/Defendant
Irma Acevedo Fernandez

**FILED & ENTERED**

NOV 17 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell  DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No. 2:22-bk-15889-DS |
| IRMA ACEVEDO FERNANDEZ, | Chapter 7 |
| Debtor. | Adv. No. 2:23-ap-01075-DS |
| -------------------------------------------------- | |
| GABRIELA CASTANON, ALEJANDRO ROMERO, LEONOR CARRILLO, and ADAN CARRILLO, | **ORDER GRANTING MOTION OF EVAN LIVINGSTONE TO WITHDRAW AS ATTORNEY OF RECORD FOR IRMA ACEVEDO FERNANDEZ** |
| Plaintiffs, | |
| v. | Hearing: |
| IRMA ACEVEDO FERNANDEZ, | Date:  November 16, 2023<br>Time:  11:30 a.m.<br>Place: Courtroom 1639 |
| Defendant. | 255 E. Temple St.<br>Los Angeles, CA 90012<br>(via ZoomGov) |

The court held a hearing at the above time and place on the "Motion of Evan Livingstone to Withdraw as Attorney of Record for Irma Acevedo Fernandez" (the "Motion," Docket No. 29) filed by Evan Livingstone (the "Movant"). Appearances were noted on the record.

///

After reviewing and considering the Motion, the statements made by counsel and the Defendant at the hearing, and the record in this case, for the reasons stated on the record at the hearing,

IT IS HEREBY ORDERED THAT the Motion is granted. The Movant is permitted to withdraw as counsel for the Defendant. The Movant may file and serve the substitution of attorney form in which the Defendant will be representing herself pro se.

###

Date: November 17, 2023

Deborah J. Saltzman
United States Bankruptcy Judge