Clemente Franco, Esq. - State Bar No. 194742
LAW OFFICES OF CLEMENTE FRANCO, APC
1295 W. Sunset Blvd.
Los Angeles, CA 90026
Telephone: (213) 213.2500
Facsimile:  (213) 213.2501

Attorneys for Plaintiffs/Creditors
GABRIELA CASTANON, ALEJANDRO ROMERO,
LEONOR CARRILLO, ADAN CARRILLO

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In Re IRMA ACEVEDO FERNANDEZ<br><br>Debtor. | Chapter 7<br><br>Bankruptcy Case No.  2:22-bk-15889-DS<br><br>Adversary Proc. No. 2:23-ap-01075-DS |
| GABRIELA CASTANON, ALEJANDRO ROMERO, LEONOR CARRILLO, ADAN CARRILLO<br><br>　　　　Plaintiffs,<br><br>v.<br><br>IRMA ACEVEDO FERNANDEZ a.k.a IRMA A. FERNANDEZ<br><br>　　　　Defendant | **PLAINTIFFS' UNILATERAL STATUS CONFERENCE REPORT**<br><br>Status Conference:<br>Date: August 11, 2026<br>Time: 1:00 PM<br>Ctrm.: 1639<br>Judge: Hon. Deborah J. Saltzman |

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE DEBORAH SALTZMAN:

In accordance with Local Bankruptcy Rule ("LBR") 7016-1(a)(2), the Plaintiffs submit the following UNILATERAL STATUS REPORT:

**A.    PLEADINGS/SERVICE:**

-1-

PLAINTIFFS' UNILATERAL STATUS CONFERENCE REPORT

1.      Have all parties been served?              Yes

2.      Have all parties filed and served answers to the complaint/Counter-complaints/etc. Yes.

3.      Have all motions addressed to the pleadings been resolved?

Yes.  The case is before the state court pending resolution of the state action so that the parties can return to the bankruptcy court for the continuation of the adversary proceeding. Trial was held on the state action and judgment entered.  The court held a hearing on Plaintiff's post-judgement motion for attorney's fee, which was granted.  Plaintiff filed a motion to amend the judgment, which is set for hearing on September 3, 2026, in state court.

4.      Have counsel met and conferred in compliance with LBR 7026-1?

No.  Plaintiffs' counsel has reached out to Defendant in order to discuss the matter, but Plaintiffs' counsel has not received a response.  Defendant has not been responsive to Plaintiffs attempt to discuss the matter.

**B.      READINESS FOR TRIAL:**

1.      When will You Be Ready for Trial: Trial in the state action was on November 24th and 25th, 2025.  Judgment was entered, but there a post-judgement motion heard on April 30, 2026, that resulted in the addition of attorney's fees.  There is now a pending motion in the State Action to amend the judgment that is set for hearing on September 3, 2026.  Plaintiffs are hoping to proceed in the bankruptcy matter by way of a motion for summary judgment once the State Action concluded.

**C.      TRIAL TIME:**

Plaintiff requests a Pre-Trial Conference to schedule after the pending motion to amend the judgment is heard on September 3, 2026, perhaps in sometime in November or December, 2026, to allow for the hearing on Plaintiff's motion to amend the Judgment to reflect the post-judgment motion award in April 30, 2026.

**D.      PRE-TRIAL CONFERENCE:**

Plaintiff requests a Pre-Trial Conference after the, perhaps in sometime in November, 2026.

-2-

PLAINTIFFS' UNILATERAL STATUS CONFERENCE REPORT

**E.      SETTLEMENT:**

1.      Parties have not discussed settlement, but the State Court has ordered the parties to mediate.  Defendant failed to appear for the State Action that was scheduled.

2.      Formal Mediation:  The matter has not been formally mediated.  Defendant failed to appear for the State Action mediation the State Courted ordered the Parties to attend. Plaintiffs, should Defendant be willing, would be interested in formal mediation.

**F.      FEDERAL RULE OF CIVIL PROCEDURE ("FRCP") 26(A), (F) AND LBR 7016-1(A)(2) COMPLIANCE:**

Plaintiffs' counsel was unable to meet and confer with Defendant.  Defendant has been unresponsive to Plaintiffs' counsel's attempt to discuss the matter.

**G.      LAW AND MOTION MATTERS:**

There are currently no pending law and motion matters in the Adversary Proceeding. Plaintiffs hope to provide via Motion for Summary Judgment once the State Action concludes..

**H.      OTHER:**

Trial in the State Action was held and Judgment was entered on behalf of Plaintiffs, but there a post-judgement motion set for September 3, 2026, that may change the judgment. Plaintiffs are hoping to proceed in the bankruptcy matter by way of a motion for summary judgment once the State Action conclude, which should be after the pending September 3, 2026, hearing in the State Action.

LAW OFFICES OF CLEMENTE FRANCO, APC

Date:   August 4, 2026          By:_____
                                                        CLEMENTE FRANCO
                                                        Attorney for Plaintiffs

-3-

PLAINTIFFS' UNILATERAL STATUS CONFERENCE REPORT

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

A true and correct copy of the foregoing document entitled (*specify*): _____
_____
_____
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| _____ | _____ | _____ |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**